not authorized or empowered in this proceeding to pass upon the validity of the 45 ballots mentioned in its order. In this view, the proper disposition of the case is to affirm the order below, without any determination as to such validity. See 75 N. Y. Supp. 285; 76 N. Y. Supp. 597, 1010.

BRYANT, Appellant, v. FARMERS' LOAN & TRUST CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Walter H. Bryant against the Farmers' Loan & Trust Company. No opinion. Judgment unanimously affirmed, with costs.

In re BUFFALO GRADE CROSSING COM'RS. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) In the matter of the Buffalo Grade Crossing Commissioners, etc., for, etc., lands of Agnes Hubbard. Proceeding No. 33. No opinion. Order affirmed, with costs and disbursements.

BURGESS, Mayor, et al., Respondents, v. BRYANT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by William C. Burgess, as mayor, etc., and others, against Joseph Bryant and others. No opinion. Judgment affirmed, with costs.

BURKE, Respondent, v. SUPREME COUNCIL OF CATHOLIC BENEVOLENT LEGION, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Mary Burke, an infant, by Margaret Smith, her guardian ad litem, against the Supreme Council of Catholic Benevolent Legion. No opinion. Order affirmed, with $10 costs and disbursements.

BURTIS et al., Appellants, v. NEW YORK CASUALTY CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Stephen J. Burtis and another against the New York Casualty Company. No opinion. Judgment affirmed, with costs.
SMITH, J., dissents.

BUSBE, Respondent, v. COLEMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Eugene L. Busbe, as receiver, against Daniel Coleman and another. A. L. Smith, for appellants. N. Smith, for respondent. No opinion. Judgment affirmed, with costs.

CELLERY, Appellant, v. JOHN HANCOCK MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Catherine Cellery against the John Hancock Mutual Life Insurance Company. No opinion. Judgment affirmed, with costs. See 68 N. Y. Supp. 128.
FURSMAN, J., dissents.

CHISELING, Respondent, v. FORBES, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by Joseph Chiseling against Michael T. Forbes. No opinion. Judgment of the municipal court affirmed, by default, with costs.

CITY OF NEW YORK, Respondent, v. THORLEY et al., Appellants. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by the city of New York against Charles Thorley and others. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs.

CLARK v. CONGRESS BREWING CO. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by Eliza C. Clark against the Congress Brewing Company. No opinion. Motion denied.

CLARK, Appellant, v. WELLINGTON et al., Respondents. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Ellen Clark against Quincy W. Wellington and another. Mary Clark, as administratrix, etc., interpleaded. No opinion. Order affirmed, with $10 costs and disbursements.

CLERKE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Elizabeth Clerke against the Metropolitan Street Railway Company. T. H. Lord, for appellant. G. D. Lamb, for respondent.
PER CURIAM. Upon plaintiff stipulating to reduce judgment as entered to the sum of $2,829.83, judgment as so reduced affirmed, without costs; otherwise, judgment reversed and new trial ordered, with costs to appellant to abide event.

CLIFFORD v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Frederick W. Clifford against the Press Publishing Company. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

CLIFFORD v. WORRELL et al. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Frederick W. Clifford against Judson J. Worrell and another. No opinion. Motion denied, on payment of $10